UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NC CONTRACTING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:11-CV-766-FL |
| INDEPENDENCE PLACE WEST ) | |
| FAYETTEVILLE, LLC; BERKLEY ) | |
| REGIONAL INSURANCE COMPANY; ) | |
| and, MUNLAKE CONTRACTORS, INC. ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 25, 2012, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted and this case is dismissed without prejudice to refiling in the courts of Jackson County, Missouri.

**This Judgment Filed and Entered on October 26, 2012, and Copies To:**
Patsy A. Cook (via CM/ECF Notice of Electronic Filing)
Christopher W. Jones (via CM/ECF Notice of Electronic Filing)
Amanda G. Ray (via CM/ECF Notice of Electronic Filing)
Robert T. Numbers, II (via CM/ECF Notice of Electronic Filing)


October 26, 2012         JULIE A. RICHARDS, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk